# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**F I L E D**
June 13, 2013
Lyle W. Cayce
Clerk

No. 12-10470

_____

D.C. Docket No. 3:10-CV-769

ASSOCIATION OF TAXICAB OPERATORS USA,

     Plaintiff - Appellant

v.

CITY OF DALLAS,

     Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before JONES, DENNIS, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

**A True Copy**
    **Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

By: _____
            **Deputy**

**New Orleans, Louisiana**